Copies Mailed/Faxed 5/14/21
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
JESUS GONZALEZ,

                      Petitioner,

v.

UNITED STATES OF AMERICA,

                      Respondent.
----------------------------------------------------------x

**ORDER**

21 CV 1228 (VB)
18 CR 291-3 (VB)

By letter dated May 3, 2021, petitioner Jesus Gonzalez requests the appointment of counsel with respect to his pending motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct sentence.

The request is GRANTED, the Court having determined that the interests of justice so require.

Theodore S. Green, Esq., is appointed as petitioner's counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(a)(2)(B).

By June 14, 2021, Mr. Green shall file a reply to the government's memorandum in opposition to the Section 2255 motion.

Chambers will mail a copy of this Order to petitioner at the following address:

Jesus Gonzalez, Reg. No. 08433-408
FCI Safford
Federal Correctional Institution
P.O. Box 9000
Safford, AZ 85548

Dated: May 14, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge